UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA M. MOORE,<br><br>               Plaintiff,<br><br>vs.<br><br>ROBIN HOUWMAN, KARL THOENNES, ALISON NELSON, MINNEHAHA COUNTY, JASON KOISTINEN, TRACI SMITH, NICOLE PHILLIPS, LUKE LAWTON, ELISE RASMUSSEN, and DAN HAGGAR,<br><br>               Defendants. | 4:25-CV-04026-KES<br><br>ORDER GRANTING IN PART MOTION TO EXTEND TIME TO APPEAL AND DENYING WITHOUT PREJUDICE MOTION FOR APPOINTMENT OF COUNSEL |

      Plaintiff, Joshua M. Moore, filed a pro se civil rights lawsuit under 42 U.S.C. § 1983 against defendants Judge Robin Houwman, Magistrate Judge Alison Nelson, Karl Thoennes, Jason Koistinen, Traci Smith, Nicole Philips, Luke Lawton, Elise Rasmussen, Dan Haggar, and Minnehaha County, alleging they each violated his Sixth Amendment rights. Docket 10 at 1–4; *see also* Docket 15. The court granted Moore's motion for leave to proceed in forma pauperis and dismissed Moore's claims under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and (iii). Docket 17. Moore now moves for an extension of the time to appeal and for appointment of counsel. Docket 20. Moore seeks to extend the time to appeal because he has filed another case with "many of the same issues" and

extending his time to appeal would promote judicial efficiency and assist him to "figure out exactly how to proceed." *Id.* at 2.

In a civil case, "the notice of appeal . . . must be filed with the district clerk within 30 days after the entry of the judgment or order appealed from." Fed. R. App. P. 4(a)(1)(A). "The district court may extend the time to file a notice of appeal if . . . a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires[.]" *Id.* at 4(a)(5)(A)(i). Moore's motion to extend was filed before the time prescribed in Rule 4(a) expired. Dockets 18, 20. Thus, in accordance with Federal Rule of Appellate Procedure 4(a)(5)(A)(i), Moore's motion to extend, Docket 20, is granted in part, and his time to file a notice of appeal is extended until **November 10, 2025**. Fed. R. App. P. 4(a)(5)(C) (stating that "[n]o extension under this Rule (4)(a)(5) may exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later"); Fed. R. App. P. at 26(a)(1)(C) ("if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday").

Thus, it is ORDERED:

1. That Moore's motion to extend (Docket 20) is granted in part, and his time to file a notice of appeal is extended until **November 10, 2025**.

2. That Moore's motion for appointment of counsel (Docket 20) is denied without prejudice. If Moore elects to file a notice of appeal

and wants to seek appointment of counsel on appeal, he should file a motion in the Eighth Circuit Court of Appeals.

Dated September 22, 2025.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE